# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                         Case Number: 4:21−cr−00350

Michael Anthony Gonzalez

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Michael Anthony Gonzalez as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/27/2024

**TIME:** 12:15 PM

**TYPE OF PROCEEDING:** Sentencing

Date: September 23, 2024                                         Nathan Ochsner, Clerk